JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMA COSTUMES, Inc., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FENDI NORTH AMERICA, INC., New York corporation; FENDI, S.r.l., an Italian limited liability company; MARC JACOBS TRADEMARKS, LLC, a Delaware limited liability company; MARC JACOBS INTERNATIONAL, LLC, a Delaware limited liability company; and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-09104-RGK-RAO<br><br>Assigned to Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER ON JOINT REQUEST FOR DISMISSAL [73]<br><br>Complaint Filed: December 15, 2022 |

As a result of the parties' settlement, upon stipulation of the parties and good cause appearing, the above-noted matter is dismissed without prejudice, subject to either party reopening the action on or before November 6, 2023 for the purpose of enforcing this settlement, and thereafter, absent further order of the Court, the dismissal of this action will be with prejudice, with each side to bear their own fees and costs. All dates are vacated. The Clerk shall close this matter.

　　　IT IS SO ORDERED.

Dated: 10/3/2023

　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　U.S. District Judge